IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cross, Latanya R | Case Number:  07 B 03584 |
| | Judge:  Squires, John H |
| Printed:  3/11/08 | Filed:  3/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 30, 2008
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,400.00 | |
| Secured: | | 4,996.94 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,003.46 |
| Trustee Fee: | | 399.60 |
| Other Funds: | | 0.00 |
| Totals: | 7,400.00 | 7,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thav & Ryke PLLC | Administrative | 2,760.00 | 2,003.46 |
| 2. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 10,822.80 | 4,996.94 |
| 4. | America's Servicing Co | Secured | 10,571.49 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,921.84 | 0.00 |
| 6. | Capital One | Unsecured | 1,975.72 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 2,338.50 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 401.63 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 598.73 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 2,411.57 | 0.00 |
| 11. | Lease Finance Group | Unsecured | 1,456.60 | 0.00 |
| 12. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 13. | Allied Collection Services | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Midland Credit Management | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 35,258.88 | $ 7,000.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 399.60 |
| | $ 399.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Cross, Latanya R

Printed:  3/11/08

Case Number:  07 B 03584
Judge:  Squires, John H
Filed:  3/1/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

